

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| Gabriel Logan Orocio, Appellant<br><br>No. 06-19-00236-CR     v.<br><br>The State of Texas, Appellee | Appeal from the 5th District Court of Cass County, Texas (Tr. Ct. No. 2019F00147). Memorandum Opinion delivered by Justice Carter,* Chief Justice Morriss and Justice Stevens participating.    *Justice Carter, Retired, Sitting by Assignment. |

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the court costs from the judgment. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Gabriel Logan Orocio, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED AUGUST 12, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk